UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANGELA WOODSON                                    CIVIL ACTION

VERSUS                                            NO. 19-10890

DASMEN RESIDENTIAL, LLC, *et al*.                 SECTION M (3)

### ORDER OF DISMISSAL

The Court having been advised by counsel for all parties that all of the parties to this action have firmly agreed upon a compromise in this matter,

IT IS ORDERED that the action be and it is hereby dismissed without costs and without prejudice to the right, upon good cause shown, to reopen the action or seek summary judgment enforcing the compromise if the settlement is not consummated within sixty days or such other time as is reasonable. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED that, if witnesses have been subpoenaed, <u>EVERY WITNESS</u> MUST be notified by counsel not to appear.

New Orleans, Louisiana, this 13th day of April, 2021.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE